Christopher J. Reichman  SBN 250485
PRATO & REICHMAN, APC
8555 Aero Drive, Suite 303
San Diego, California 92123
Telephone: (619) 683-7971
Facsimile: (619) 241-8309

Attorney for Plaintiff
JONATHAN SAPAN

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>Plaintiff,<br><br>vs.<br><br>AMERIDIAL, INC., an Ohio corporation<br><br>Defendants. | Case No.: 17-cv-0652-W-NLS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Thomas J. Whelan |

- 1 -

Notice of Settlement

All parties to the above-captioned action do hereby notify the Court pursuant to Chambers Rule 12 that the parties have reached settlement of the material issues in dispute in the above captioned case and will file a Stipulated Motion For Dismissal With Prejudice within thirty (30) days.

DATED: June 11, 2018                    **PRATO & REICHMAN, APC**

                                                 _/s/ Christopher J. Reichman_____
By: Christopher J. Reichman,
Attorney for Plaintiff,
JONATHAN SAPAN

DATED: June 11, 2018                    **COPILEVITZ & CANTER, LLC**

                                                 _/s/ William E. Raney_____
By: William E. Raney,
Attorney for Defendant,
AMERIDIAL, INC

## ATTESTATION

I hereby attest that William E. Raney has given me approval to file this Joint Notice of Settlement. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 11, 2018                                    **PRATO & REICHMAN, APC**

                                                                   /s/ Christopher J. Reichman_____
                                                             By: Christopher J. Reichman,
                                                             Attorney for Plaintiff,
                                                             JONATHAN SAPAN

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon all counsel of record in the above entitled and numbered cause on the date below.

    __X__   Via ECF

William E. Raney
Copilevitz & Canter, LLC
310 W. 20th Street, Suite 300
Kansas City, MO 64108

DATED: June 11, 2018                    **PRATO & REICHMAN, APC**

                                                             _/s/ Christopher J. Reichman_____
                                                             By: Christopher J. Reichman,
                                                             Attorney for Plaintiff,
                                                             JONATHAN SAPAN