D. Jay Ritt, State Bar No. 138661
RITT, TAI, THVEDT & HODGES
A Limited Liability Partnership
65 North Raymond Ave., Suite 320
Pasadena, CA 91103
Tel:   (626) 685-2550
Fax:   (626) 685-2562
Email: ritt@rtthlaw.com

Attorneys for Defendant AMERIDIAL, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>AMERIDIAL, INC.,<br><br>        Defendant. | Case No.: 3:17-cv-00652-W-NLS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**COME NOW**, Plaintiff Jonathan Sapan, and Defendant Ameridial, Inc., and stipulate that the above-captioned civil action be dismissed with prejudice with each party to bear its own costs and fees.

DATED:  July 19, 2018							Respectfully submitted,

RITT, TAI, THVEDT & HODGES, LLP

By:\_\_/S/ D. JAY RITT_____
D. JAY RITT
Attorneys for Defendant
AMERIDIAL, INC.

PRATO & REICHMAN, APC

By:\_\_/S/ CHRISTOPHER J. REICHMAN\_\_
CHRISTOPHER J. REICHMAN
Attorneys for Plaintiff
JONATHAN SAPAN

---

STIPULATION OF DISMISSAL WITH PREJUDICE - 2