UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN SAPAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERIDIAL, INC.,<br><br>　　　　　　　　　　Defendant. | Case No.:  17-CV-0652 W (NLS)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [DOC. 23]** |

　　　Parties have filed a stipulation for dismissal of this action.  [Doc. 23.]  This action is dismissed **WITH PREJUDICE**.  Per the terms of the stipulation, each party is to bear its own attorneys' fees and costs.

　　　**IT IS SO ORDERED.**

Dated: July 20, 2018

_____
Hon. Thomas J. Whelan
United States District Judge